FILED

2016 Sep-30  AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JWV/REP: OCT. 2016**
**GJ#22**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:16-cr-00265-RDP-TMP** |
| | ) | **Superseding** |
| | ) | |
| **ALEJANDRO GONZALEZ-CARDONA,** | ) | |
| *a/k/a "Luis Cardona Patron",* | ) | |
| *a/k/a "Cancun",* | ) | |
| *a/k/a "Joe"* | ) | |

## INDICTMENT

**COUNT ONE:** **[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]**

The Grand Jury charges that:

From in or about September, 2014, and continuing through in or about

August, 2016, more exact dates being unknown to the Grand Jury, in DeKalb

County, within the Northern District of Alabama and elsewhere, the defendant,

**ALEJANDRO GONZALEZ-CARDONA,** *a/k/a*
***"Luis Cardona Patron", a/k/a***
***"Cancun", a/k/a***
***"Joe",***

whose name is otherwise unknown to the Grand Jury, did knowingly, intentionally,

and unlawfully conspire and agree with others both known and unknown to the

Grand Jury to distribute and possess with intent to distribute fifty (50) grams or more

of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

**COUNT TWO: [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 17th day of September, 2014, in DeKalb County, within the Northern District of Alabama, the defendant,

**ALEJANDRO GONZALEZ-CARDONA,** *a/k/a*
***"Luis Cardona Patron",*** *a/k/a*
***"Cancun",*** *a/k/a*
***"Joe",***

whose name is otherwise unknown to the Grand Jury, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**COUNT THREE: [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 21st day of October, 2014, in DeKalb County, within the Northern District of Alabama, the defendant,

**ALEJANDRO GONZALEZ-CARDONA,** *a/k/a*
***"Luis Cardona Patron",*** *a/k/a*
***"Cancun",*** *a/k/a*
***"Joe",***

whose name is otherwise unknown to the Grand Jury, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

**COUNT FOUR: [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 21ˢᵗ day of November, 2014, in DeKalb County, within the Northern District of Alabama, the defendant,

**ALEJANDRO GONZALEZ-CARDONA,** *a/k/a*
***"Luis Cardona Patron",*** *a/k/a*
***"Cancun",*** *a/k/a*
***"Joe",***

whose name is otherwise unknown to the Grand Jury, did knowingly, intentionally, and unlawfully distribute five (5) grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

3

**<u>COUNT FIVE</u>: [8 U.S.C. §§ 1326(a) and (b)(2)]**

The Grand Jury charges that:

On or about the 7th day of September, 2016, in DeKalb County, within the Northern District of Alabama, the defendant,

**ALEJANDRO GONZALEZ-CARDONA,** *a/k/a*
***"Luis Cardona Patron",*** *a/k/a*
**"Cancun",** *a/k/a*
**"Joe",**

an alien, entered and was found in the United States after having been excluded, deported, and removed therefrom on or about August 22, 2013, at or near Laredo, Texas and on or about November 10, 2013, at or near Del Rio, Texas, not having obtained the express consent of the Attorney General to reapply for admission thereto, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).


A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


JOYCE WHITE VANCE
United States Attorney


*/s/ Electronic Signature*
RUSSELL E. PENFIELD
Assistant United States Attorney

4