# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:16-cr-00265-RDP-TMP |
| | ) | |
| **ALEJANDRO GONZALEZ-CARDONA** | ) | |

## <u>MOTION TO FILE DOCUMENT UNDER SEAL</u>

COMES NOW the United States of America, by and through its counsel, Robert O. Posey, Acting United States Attorney for the Northern District of Alabama, and Russell E. Penfield, Assistant United States Attorney, and moves the Court for permission to file a certain document under seal.

Respectfully submitted this the 1st day of March, 2017.

              ROBERT O. POSEY
              Acting United States Attorney


              */s/ Electronic Signature*
              RUSSELL E. PENFIELD
              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system and that a copy of same has been served on counsel for the defendant using the same system on this the 1st day of March, 2017.

*/s/ Electronic Signature*
RUSSELL E. PENFIELD
Assistant United States Attorney